IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **WILLIAM H. POWELL** | : | |
| **Plaintiff** | : | |
| vs. | : | CIVIL NO. 5:14-CV-0087-MTT-MSH |
| **BRIAN OWENS, et. al.,** | : | |
| **Defendants** | : | |

_____

### ORDER ON MOTION

    Plaintiff William H. Powell, a state prisoner currently confined at Ware State Prison in Waycross, Georgia, has filed a Motion for Reconsideration of the Court's March 17, 2014, Order (Doc. 6) denying his request for court-appointed counsel. As the Court explained in its prior Order, Plaintiff's request for legal assistance is simply premature; and his requests for counsel will not be considered until after the Court has had an opportunity to review the responsive pleadings. Plaintiff's present Motion provides no valid basis for reconsideration of that Order. Plaintiff's Motion for Reconsideration (Doc. 10) is accordingly **DENIED**.

    **SO ORDERED**, this 23rd day of May, 2014.

                                                  S/ Marc T. Treadwell
                                                MARC T. TREADWELL, JUDGE
                                                UNITED STATES DISTRICT COURT

jlr