IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

WILLIAM H. POWELL,  :
:
        **Plaintiff**  :
:
VS.  :
:  CIVIL No: 5:14-CV-087-MTT-MSH
Commissioner BRIAN OWENS, *et. al.*, :
:
        **Defendants**  :

## ORDER

Plaintiff **WILLIAM H. POWELL** has filed a motion to proceed *in forma pauperis* on appeal from the Court's July 16, 2014, Order (Doc. 28) denying his motion for preliminary injunction.  This Motion (Doc. 41) is **DENIED** for the same reason stated in the Court's Order (Doc. 35) denying his first Motion to Proceed *in forma pauperis* on appeal. Plaintiff's present Motion states no grounds to warrant reconsideration of the Court's prior Order.

Any further requests to proceed *in forma pauperis* on appeal should be directed, on motion, to the United States Court of Appeals for the Eleventh Circuit, in accordance with Rule 24 of the Federal Rules of Appellate Procedure.

**SO ORDERED,** this 29th day of August, 2014.

                                  S/ Marc T. Treadwell
                                  MARC T. TREADWELL, JUDGE
                                  UNITED STATES DISTRICT COURT

jlr