IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WILLIAM H. POWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:14-CV-87 (MTT) |
| | ) |
| STEPHEN BOSTIC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

United States Magistrate Judge Stephen Hyles recommends granting Defendant Stephen Bostic's motion for summary judgment (Doc. 72). Doc. 83 at 1. The Plaintiff has not objected to the Recommendation. The Court has reviewed the Recommendation and accepts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (Doc. 83) is **ADOPTED** and made the order of the Court. Accordingly, the Defendant's motion for summary judgment (Doc. 72) is **GRANTED**.

**SO ORDERED,** this 26th day of February, 2018.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT