# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| WILLIAM H. POWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:14-CV-87 (MTT) |
| | ) |
| BRIAN OWENS, *et. al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

United States Magistrate Judge Stephen Hyles recommends that Plaintiff William Powell's complaint be dismissed without prejudice for failure to prosecute and comply with the Court's orders. Doc. 88. On February 26, 2018, the Court adopted the Recommendation to grant Defendant Stephen Bostic's motion for summary judgment. Doc. 85. Following that, the Magistrate Judge ordered the Plaintiff to provide the Court with "current and correct addresses" for the remaining Defendants and "more detail so as to identify the unidentified Defendants" so that they could be properly served. Doc. 86 at 1-2. The Plaintiff never responded to that order. On April 2, 2018, the Magistrate Judge entered an order directing the Plaintiff to respond and show cause, within 21 days, as to why his lawsuit should not be dismissed for his failure to comply with the Court's previous order. Doc. 87. Again, the Plaintiff did not respond. The Plaintiff also has not objected to the Recommendation.

The Court has reviewed the Recommendation and accepts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (Doc. 88) is **ADOPTED** and made the Order of the Court. Accordingly, the Plaintiff's complaint is **DISMISSED without prejudice**.

**SO ORDERED,** this 23rd day of May, 2018.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT